United States District Court
Southern District of Texas
**ENTERED**
February 18, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RENDELL HAGGER, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-04382 |
| | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| Defendant. | § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On November 12, 2024, all pretrial matters in this case were referred to United States Magistrate Judge Christina A Bryan under 28 U.S.C. § 636(b)(1). (Dkt. 3). Judge Bryan filed a *Memorandum and Recommendation* on January 20, 2026, recommending that Plaintiff's Motion for Summary Judgment (Dkt. 12) be denied and Defendant's Motion for Summary Judgment (Dkt. 19) be granted. (Dkt. 23).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1)    Judge Bryan's *Memorandum and Recommendation* (Dkt. 23) is **APPROVED and ADOPTED** in its entirety as the holding of the Court;

(2)     Plaintiff's Motion for Summary Judgment (Dkt. 12) is **DENIED**;

(3)     Defendant's Motion for Summary Judgment (Dkt. 19) is **GRANTED**;

(4)     Defendant's decision denying Plaintiff benefits is **AFFIRMED**; and

(5)     This case is **DISMISSED WITH PREJUDICE**.


SIGNED at Houston, Texas on February 18, 2026.


GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE